No. 2224.—EL PUEBLO, APDO., *v.* MORENO, APLTE.—C. D. Aguadilla. Escalamiento. Abril 4, 1924. Revocada la sentencia por los fundamentos del caso de *El Pueblo* v. *Moreno,* 32 D.P.R. 824.

No. 3035. — GARCÍA, APDO., *v.* GRAU, APLTE. — C. D. San Juan, Distrito 2°. Abril 15, 1924. Fijación de línea divisoria. Confirmada la sentencia apelada por los fundamentos consignados en la opinión de la corte de distrito.

No. 3144.—ROMERO ET AL., APLTES., *v.* CALDERÓN ET AL., APDOS.—C. D. San Juan, Distrito 2°. Abril 15, 1924. Confirmada la resolución por no contener el alegato de los apelantes una exposición separada de los errores en que fundan su recurso, como lo exige la regla 42 de esta corte, y, además, por no aparecer de los autos error fundamental alguno.

No. 2985.—DELGADO, APLTE. *v.* PORTO RICO RY., LIGHT & POWER Co., APDO. — C. D. San Juan, Distrito 2°. Abril 23, 1924. Daños y perjuicios. Confirmada la sentencia apelada por no poderse investigar las cuestiones suscitadas en los alegatos, que requieren el examen de la prueba ya que ésta no se elevó al Supremo y porque no se ha levantado aisladamente cuestión alguna de derecho sobre las alegaciones y la sentencia que pueda servir de base para la revocación.

No. 3010. — SARAS, APLTE., *v.* SUCESIÓN SARAS, APDO. — C. D. Humacao. Abril 23, 1924. Filiación. Confirmada la sentencia por haber vencido el plazo concedido al apelante para adicionar su alegato sin que lo hiciera y además porque la prueba aportada por la demandante no es tan robusta y convincente como lo exigen la ley y la jurisprudencia.